UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO GAFFNEY #614338,

    Plaintiff,                                 Hon. Phillip J. Green

v.                                                Case No. 1:22-cv-275

FREDEANE ARTIS, et al.,

    Defendants.
_____/

**JUDGMENT**

Consistent with the Opinion filed this day, Defendants' Motion for Summary Judgment, (ECF No. 16), is granted and Plaintiff's claims against Defendants Artis and King are dismissed and this matter terminated. Furthermore, the Court finds that an appeal of this matter by Plaintiff would not be in good faith.

Date: April 3, 2023                                                  /s/ Phillip J. Green
                                                                       PHILLIP J. GREEN
                                                                       United States Magistrate Judge